[No. 2424–3. Division Three. June 13, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN PHILIP LACY, *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 10751, Patrick McCabe, J., entered May 16, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by McInturff and Roe, JJ.

[No. 2668–2. Division Two. June 15, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. ELDON LLOYD BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C–5662, Hewitt A. Henry, J., entered December 14, 1976. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 2637–2. Division Two. June 15, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT M. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 48344, E. Albert Morrison, J., entered November 10, 1976. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.